**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00149-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

**JASON HANSEN**,

    Applicant,

v.

**NO NAMED RESPONDENTS**,

    Defendants.

---

**ORDER DIRECTING Applicant TO CURE DEFICIENCIES**

---

    Applicant Jason Hansen is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Buena Vista Correctional Complex-Main & Boot Camp (BVCC) in Buena Vista, Colorado.  Applicant has submitted a letter to the Court challenging his criminal proceedings.  Typically, the Court does not accept letters such as Applicant filed on January 19, 2016.  Notwithstanding, because it appears to be challenging a criminal conviction, and therefore, appears to be asserting claims properly filed in an application for writ of habeas corpus, the Court has opened this action.

    As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted document is deficient as described in this Order.  Applicant will be directed to cure the following if he wishes to pursue her claims.  Any papers that Applicant files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   <u>X</u>    is not submitted
(2)   <u>  </u>    is missing affidavit
(3)   <u>X</u>    is missing a certified prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   <u>  </u>    is missing a certified account statement showing the current balance in Applicant's prison account is not certified
(5)   <u>  </u>    is missing required financial information
(6)   <u>  </u>    is signed but not dated by the prisoner
(7)   <u>  </u>    is not on proper form (must use the Court's current form)
(8)   <u>  </u>    names in caption do not match names in caption of complaint, petition or habeas application
(9)   <u>X</u>    is missing a signed authorization to allow disbursement of funds from inmate account
(10)  <u>X</u>    other: <u>In the alternative, Applicant may prepay the $5 filing fee for a habeas corpus action in full</u>.

**Application for Writ of Habeas Corpus**:
(11)  <u>X</u>    is not submitted
(12)  <u>X</u>    is not on proper form (<u>must use the Court's current form used in filing a prisoner complaint</u>)
(13)  <u>  </u>    is missing an original signature by the prisoner
(14)  <u>  </u>    is missing page nos. <u>  </u>
(15)  <u>  </u>    uses et al. instead of listing all parties in caption
(16)  <u>  </u>    names in caption do not match names in text
(17)  <u>  </u>    other:

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Applicant files in response to this Order must include the civil action number on this Order. It is

**FURTHER ORDERED** that Applicant shall obtain the current Court-approved forms used in filing an Application for Writ of Habeas Corpus and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a habeas corpus action (with the assistance of his case manager or the facility's legal assistant), along

with the applicable instructions, at  www.cod.uscourts.gov. for use in curing deficiencies. It is

**FURTHER ORDERED** that if Applicant fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED January 20, 2016, at Denver, Colorado.

> BY THE COURT:
>
> s/Gordon P. Gallagher
> United States Magistrate Judge