IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00149-GPG

JASON HANSEN,

     Applicant,

v.

STATE OF COLORADO, 6th Judicial District, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

---

## ORDER CLOSING CASE

---

On January 19, 2016, Mr. Hansen submitted an "Amended Part" (ECF No. 1). The Clerk of the Court initiated a new civil action.   However, it has come to the Court's attention that the document was submitted in response to the Court's December 22, 2015 Order Directing Applicant to file an Amended Application, that was entered in Civil Action No. 15-cv-02442-GPG.   Accordingly, the "Amended Part" filed in this action should have been filed in Civil Action No. 15-cv-02442-GPG.   It is therefore

ORDERED that the "Amended Part" (ECF No. 1) shall be transferred to Civil Action No. 15-cv-02442-GPG.   It is

FURTHER ORDERED that Order Directing Applicant to Cure Deficiencies (ECF No. 3) is VACATED.   It is

FURTHER ORDERED that this case is CLOSED.

DATED January 25, 2016, at Denver, Colorado.

BY THE COURT:

    s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court